Walker-Broderick, Inc., plaintiff in error, v. Annie Berkson and Saretta B. Cohen, defendants in error. Gen. No. 8,454.

Heard in this court at the October term, 1930. Opinion filed January 26, 1931.

Urion, Drucker, Reichmann & Boutell and L. O. Williams, for plaintiff in error; L. O. Williams, of counsel. George J. Smith and Herrick & Herrick, for defendants in error.

Mr. Presiding Justice Shurtleff delivered the opinion of the court.

Mamie C. Haworth, appellee, v. Okaw Provident Relief Association, appellant. Gen. No. 8,456.

Heard in this court at the October term, 1930. Opinion filed January 26, 1931.

Geo. B. Rhoads, for appellant. Ward & Pugh, for appellee.

Mr. Presiding Justice Shurtleff delivered the opinion of the court.

Robert Marion, a minor, by Emma Marion, his next friend, appellee, v. Allith Prouty Company, appellant. Gen. No. 8,471.

Heard in this court at the October term, 1930. Opinion filed January 26, 1931.

Rearick & Meeks, for appellant. Hutton & Clark and Graham & Dysert, for appellee.

Mr. Presiding Justice Shurtleff delivered the opinion of the court.

Corbett Jewelry Company, appellee, v. Benjamin E. Patton, appellant. Gen. No. 8,478.

Heard in this court at the October term, 1930. Opinion filed January 26, 1931.

Earl S. Hodges, for appellant. G. G. Ginnaven, for appellee.

Mr. Presiding Justice Shurtleff delivered the opinion of the court.